UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GEOVANNI PENA,

        Plaintiff,

   v.

UNITED STATES, et al.,

        Defendants.

1:21-cv-00833-GSA (PC)

**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS**

Plaintiff is a federal prisoner proceeding *pro se* in a civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed *in forma pauperis*.

2. Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated: __**June 3, 2021**__             __**/s/ Gary S. Austin**__
                                                      UNITED STATES MAGISTRATE JUDGE