UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOVANNI PENA,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES, et al.,<br><br>          Defendants. | **1:21-cv-00833-JLT-GSA-PC**<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON APRIL 28, 2022**<br>**(ECF No. 12.)**<br><br>**ORDER GRANTING PLAINTIFF UNTIL <u>JULY 6, 2022</u> TO FILE RESPONSE TO ORDER TO SHOW CAUSE ISSUED ON FEBRUARY 23, 2022**<br>**(ECF No. 11.)** |

   Geovanni Pena ("Plaintiff") is a federal prisoner proceeding *pro se* with this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). On May 24, 2021, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)  On June 24, 2021, Plaintiff filed the First Amended Complaint.  (ECF No. 8.)

   On February 23, 2022, the Court issued an order requiring Plaintiff to respond within thirty days, showing cause why this case should not be dismissed for his failure to exhaust administrative remedies.  (ECF No. 11.)  Plaintiff failed to file a timely response to the order. On April 28, 2022, the court issued findings and recommendations, recommending that this case be dismissed for Plaintiff's failure to comply with the Court's order.  (ECF No. 12.)  On May 23,

1

2022, Plaintiff filed objections to the findings and recommendations. (ECF No. 13.) Plaintiff has shown cause for the Court to vacate the findings and recommendations and grant Plaintiff an extension of time to respond to the Court's order to show cause.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on April 28, 2022, are vacated; and

2. Plaintiff is granted an extension of time to until July 6, 2022, to respond to the Court's order to show cause issued on April 28, 2022.

IT IS SO ORDERED.

Dated: **June 3, 2022**             /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE