UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOVANNI PENA,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES, et al.,<br><br>        Defendants. | **1:21-cv-00833-JLT-GSA-PC**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br>**(ECF No. 11.)** |

       Geovanni Pena ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). On May 24, 2021, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) The Complaint was stricken from the record on June 3, 2021, for Plaintiff's failure to sign the Complaint. (ECF No. 6.) On June 24, 2021, Plaintiff filed the First Amended Complaint bearing his signature. (ECF No. 8.)

       On February 23, 2022, the Court issued an order requiring Plaintiff to respond and show cause why this case should not be dismissed for his failure to exhaust administrative remedies, as apparent on the face of the original Complaint. (ECF No. 11.) On June 27, 2022, Plaintiff

1

filed a response to the order.  In the response, Plaintiff discusses his allegations and claims under the First, Fifth, Eighth, and Fourteenth Amendments, and state law, but he does not address the exhaustion issue for any of his claims.

However, it appears on the face of the First Amended Complaint that Plaintiff exhausted all of his remedies for his claims under 42 U.S.C § 1983 and the Federal Tort Claims Act.  (ECF No. 8 at 2, 6-7.)  Therefore, the Court shall discharge the order to show cause.

Accordingly, **IT IS HEREBY ORDERED** that the Court's order to show cause, issued on February 23, 2022, is discharged.

IT IS SO ORDERED.

Dated:   **July 13, 2022**                              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE