1

2

3

4

5

6

7

8                                     UNITED STATES DISTRICT COURT

9                                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GEOVANNI PENA,                              No.  1:21-cv-00833 JLT GSA (PC)

12                   Plaintiff,                   ORDER DIRECTING PLAINTIFF TO SHOW
                                                  CAUSE WHY MATTER SHOULD NOT BE
13           v.                                   DISMISSED FOR FAILURE TO OBEY A
                                                  COURT ORDER
14    UNITED STATES, et al.,
                                                  (ECF No. 18)
15                   Defendants.
                                                  PLAINTIFF'S SHOWING OF CAUSE OR, IN
16                                                THE ALTERNATIVE, FILING EITHER
                                                  VERIFICATION OF CURRENT ADDRESS
17                                                ON FILE OR, FILING A NOTICE OF
                                                  CHANGE OF ADDRESS,  DUE IN SEVEN
18                                                DAY**S**

19

20           Plaintiff, a federal inmate proceeding pro se and in forma pauperis, has filed this civil

21    rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

22    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

23           For the reasons stated below, Plaintiff will be ordered to show cause why this matter

24    should not be dismissed for failure to obey a court order.  In the alternative, Plaintiff will be given

25    the opportunity either to verify that the address on file is accurate or, to file a current address with

26    the Court in compliance with Local Rule 183(b).

27    I.     RELEVANT FACTS

28           On July 23, 2024, Plaintiff was ordered to file a notice of current address with the Court,

                                                    1

1   consistent with Local Rule 183(b).  ECF No. 18.  When the order issued, Plaintiff was given

2   seven days to comply with it.  Id.

3        The time within which Plaintiff was to comply with the Court's order has passed and

4   Plaintiff has not responded to it.  He has not requested an extension of time to do so, either.

5        II.   DISCUSSION

6        The order directing Plaintiff to file a notice of current address was issued in order to

7   ensure that a correct address was on file for Plaintiff prior to screening his First Amended

8   Complaint.  Having this information on file generally enables the Court to be more efficient.  It

9   also allows the Court to prioritize the review of older matters on its docket.

10       To date, Plaintiff has not responded to the Court's order.  Therefore, Plaintiff will be

11  ordered to show cause why this matter should not be dismissed for his failure to do so.  In the

12  alternative, Plaintiff may either verify that the current address he has on file is accurate, or he may

13  file a notice of an updated address with the Court.  Plaintiff will be given another seven days to

14  comply with this order.

15       Accordingly, IT IS HEREBY ORDERED that:

16       1.   Within seven days from the date of this order Plaintiff shall SHOW CAUSE why this

17  matter should not be dismissed for failure to obey a court order.  See Local Rule 183(b), and

18       2.   As an alternative to filing the showing of cause, Plaintiff may either VERIFY that his

19  current address on file is correct or, he may FILE a notice which informs the Court of his current

20  address.

21       **Plaintiff is cautioned that failure to comply with this order within the time allotted**

22  **may result in a recommendation that this matter be dismissed.**

23

24

25  IT IS SO ORDERED.

26   Dated:   **February 28, 2025**                    **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

27

28

                                          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28