UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOVANNI PENA,<br><br>               Plaintiff,<br><br>     v.<br><br>UNITED STATES, et al.,<br><br>               Defendants. | Case No.: 1:21-cv-00833 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S CONTINUED FAILURE TO OBEY LOCAL RULES AND FAILURE TO PROSECUTE<br><br>(Doc. 27) |

Geovanni Pena seeks to hold Defendants liable for violations of his civil rights. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 3, 2025, the assigned magistrate judge issued Findings and Recommendations, recommending that this action be dismissed without prejudice for Plaintiff's repeated failure to obey the Local Rules and failure to prosecute. (Doc. 27.) The Clerk of the Court was directed to serve the Findings and Recommendations to Plaintiff's address on record with the Court — FCI Yazoo City — and to Plaintiff at the United States Penitentiary (USP), Big Sandy. (*Id*. at 6.) The Court advised that any objections were due within 14 days and that the "failure to file objections within the specified time may result in a waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)

On December 19, 2025, the United States Postal Service returned the document served to

Plaintiff at FCI Yazoo City marked "Undeliverable, Incorrect Name/Number, Need Committed Name & Federal Register Number." (Docket Entry dated 12/19/2025.) That same date, the Clerk of the Court served the Findings and Recommendations to Plaintiff at USP Big Sandy, having inadvertently omitted to do so on December 3, 2025. (*See* Docket Entries dated 12/19/2025.) Following proper and complete service, and despite the passage of more than 14 days plus time for mailing, no objections to the Findings and Recommendations issued December 3, 2025, have been filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on December 3, 2025 (Doc. 27) are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice for Plaintiff's failure to obey the Local Rules and failure to prosecute.

3. The Clerk of the Court is directed to terminate any deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **January 22, 2026**

UNITED STATES DISTRICT JUDGE

2